No. 1003. TAYLOR v. COMMISSIONER OF INTERNAL REVENUE. April 9, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Walter R. Kuhn* for petitioner. *Solicitor General Fahy, Assistant Attorney General Samuel O. Clark, Jr., Messrs. Sewall Key* and *J. Louis Monarch* for respondent.

No. 1012. HALL, JUDGE, v. UNITED STATES. April 9, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Messrs. William C. Mathes* and *Lasher B. Gallagher* for petitioner. *Solicitor General Fahy, Messrs. J. Edward. Williams* and *Vernon L. Wilkinson* for the United States.

No. 1020. JEFFERSON COUNTY v. TENNESSEE VALLEY AUTHORITY. April 9, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. M. W. Egerton* for petitioner. *Solicitor General Fahy* and *Mr. Charles J. McCarthy* for respondent.

No. 1024. MORRILL v. WAERN BUILDING CORP. April 9, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Theodore E. Rein* for petitioner. *Messrs. Walter E. Wiles* and *George E. Billett* for respondent.

No. 1027. MALLINCKRODT v. COMMISSIONER OF INTERNAL REVENUE. April 9, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth